UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. YOCOM,<br>　　　　Petitioner,<br>　　v.<br><br>ATTORNEY GENERAL,<br>　　　　Respondent. | Case No. 20-cv-02304-EJD (PR)<br><br>**ORDER OF TRANSER** |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction out of Tulare County. Dkt. No. 1. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Here, Petitioner is currently confined at the California Health Care Facility in Stockton, San Joaquin County, and his conviction was out of Tulare County. Dkt. 1 at 1. Both of these counties lie within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Therefore, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** 5/6/2020

_____
EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\HC.20\02304Yocom_transfer

2