UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. YOCOM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ATTORNEY GENERAL,<br><br>　　　　　Respondent. | Case No.  1:20-cv-00645-DAD-JDP<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION<br><br>ECF No. 11 |

Petitioner Michael A. Yocom, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On May 15, 2020, petitioner moved to amend his petition. ECF No. 11. "A habeas petition 'may be amended or supplemented as provided in the rules of procedure applicable to civil actions.'" *Alfaro v. Johnson*, 862 F.3d 1176, 1183 (9th Cir. 2017) (quoting 28 U.S.C. § 2242). Because this is petitioner's first motion to amend and we grant leave to amend once as a matter of course, we grant petitioner's motion.[1] *See* Fed. R. Civ. P. 15(a)(1).

The amended petition will supersede the original petition, *Lacey v. Maricopa County*, 693 F. 3d 896, 907 n.1 (9th Cir. 2012) (en banc), and so the amended petition must be complete on its face without reference to the prior, superseded petition, *see* E.D. Cal. Local Rule 220. Petitioner

---

[1] Petitioner should address his apparent failure to exhaust his claims, described in our May 11, 2020 findings and recommendations, in his amended petition. ECF No. 10.

1

may not change the nature of his petition by adding new, unrelated claims. *See George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). Once an amended petition is filed, the original petition no longer serves any function. Therefore, in an amended petition, as in an original petition, petitioner must assert each claim in sufficient detail. The amended petition should be titled "First Amended Petition" and refer to the appropriate case number.

**Order**

    Petitioner's motion to amend the petition is granted. ECF No. 11. The clerk of court is directed to send petitioner a blank habeas corpus petition form.

IT IS SO ORDERED.

Dated:   May 18, 2020                           /s/ Jeremy Peterson
                                              UNITED STATES MAGISTRATE JUDGE

No. 206.