UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. YOCOM,<br><br>        Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL,<br><br>        Respondent. | Case No.  1:20-cv-00645-DAD-JDP<br><br>ORDER GRANTING PETITIONER'S MOTION FOR RETURN OF EVIDENCE<br><br>ECF No. 31 |

    Petitioner Michael A. Yocom, a state prisoner without counsel, sought a writ of habeas corpus under 28 U.S.C. § 2254.  ECF No. 1.  The petition was denied, and the case was closed.  ECF Nos. 28, 29.  In support of his petition, petitioner submitted a compact disc with information related to his case to this court.  ECF No. 23.  Petitioner moved to have the compact disc returned to him, stating that he had submitted his only copy to the court.  ECF No. 31.  As a courtesy to petitioner, the clerk of court made a copy of the information contained on the disk.  The clerk of court is directed to mail the copy to petitioner.

IT IS SO ORDERED.

Dated:   August 11, 2020                              _____
                                                          UNITED STATES MAGISTRATE JUDGE

No. 206.